# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff(s),

vs.

DONOR RELATIONS, LLC, AND COURTESY CALL, INC,

Defendant(s).

Case #2:18-CV-00183-GMN-CW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Robert G. Bernhoft_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____The Bernhoft Law Firm, S.C._____
(firm name)

with offices at _____1220 Colorado Street, Suite 440_____,
(street address)

_____Austin_____, _____Texas_____, _____78701_____,
(city) (state) (zip code)

_____(512) 582-2100_____, _____rgbernhoft@bernhoftlaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Donor Relations LLC, and Courtesy Call, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   April 3, 2001  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   Wisconsin  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached Admissions Chart | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Wisconsin State Bar.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12-19-2012 | 3:12-CV-637-LRH-VP | U.S.D.C District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Texas_____ )
COUNTY OF _____Travis_____ )

_____Robert G. Bernhoft_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2__ day of __February__, __2018__.

__Bethany Bernhoft__
Notary Public or Clerk of Court

BETHANY BERNHOFT
Notary Public, State of Texas
Comm. Expires 05-08-2021
Notary ID 131117904

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Jonathan J. Hansen_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1835 Village Center Circle_____,
(street address)

__Las Vegas__, __Nevada__, __89134__,
(city) (state) (zip code)

__(702) 366-1125__, __jjhansen@cooperlevenson.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jonathan J. Hansen_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Donor Relations, LLC, and Courtesy Call, Inc.
(type or print party name, title)

_____
(party's signature)

_____Manager_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7002                    jjhansen@cooperlevenson.com
Bar number              Email address

APPROVED:

Dated: this __16__ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**THE BERNHOFT LAW FIRM, S.C.**

Austin, Texas
Los Angeles, California

# Bernhoft Admissions Chart

| Title of Court | Date of Admission |
|---|---|
| Wisconsin Supreme Court | April 3, 2001 |
| U.S. District Court, W.D. of Wisconsin | May 17, 2001 |
| U.S. District Court, E.D. of Wisconsin | June 4, 2001 |
| United States Tax Court | June 26, 2001 |
| U.S. Court of Appeals for the Seventh Circuit | July 6, 2001 |
| U.S. Court of Appeals for the Ninth Circuit | February 14, 2002 |
| U.S. Court of Appeals for the Tenth Circuit | April 12, 2004 |
| U.S. Court of Appeals for the Fifth Circuit | April 23, 2004 |
| United States Supreme Court | November 29, 2004 |
| U.S. District Court, N.D. of Indiana | May 11, 2005 |
| U.S. Court of Appeals for the Second Circuit | July 12, 2005 |
| U.S. Court of Appeals for the Eleventh Circuit | March 15, 2006 |
| U.S. District Court, C.D. of Illinois | November 17, 2011 |
| U.S. District Court, W.D. of Pennsylvania | October 3, 2014 |
| U.S. Court of Appeals for the Fourth Circuit | November 12, 2014 |
| U.S. Court of Appeal for the Third Circuit | November 14, 2014 |
| U.S. District Court, S.D. of Indiana | December 18, 2014 |



**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Diane M. Fremgen
Acting Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

ROBERT G. BERNHOFT

*was admitted to practice as an attorney within this state on April 3, 2001 and is presently in good standing in this court.*

Dated: January 17, 2018

CHRISTOPHER J. PAULSEN
*Chief Deputy Clerk of Supreme Court*



AP-7000, 03/2005 Certificate of Good Standing