BURKE W. KAPPLER
D.C. Bar No. 471936; Previously admitted pursuant to LR IA 11-3
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: 202-326-2043
Fax: 202-326-2477
Email:  bkappler@ftc.gov
*Attorney for Petitioner Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>DONOR RELATIONS, LLC, and<br><br>COURTESY CALL, INC.,<br><br>Respondents. | Case No. 2:18-cv-00183-GMN-CWH<br><br>**FEDERAL TRADE COMMISSION'S NOTICE OF STATUS OF PROCEEDING** |

Pursuant to this Court's Order dated September 12, 2018, the Federal Trade Commission hereby notifies the Court that it has no objection to administrative closure of this case.

The FTC states, however, that its position should not be viewed as a concession that the pending grand jury investigation involving Respondents necessarily impairs the Commission's authority to continue its investigation of Respondents' conduct with respect to telemarketing on behalf of charity clients, or that Respondents have fully complied with the Commission's civil investigative demands.  The Commission, therefore, reserves its rights to ask the Court to reopen this CID enforcement proceeding.

                                      Respectfully submitted,

                                      ALDEN F. ABBOTT
                                      General Counsel

                                      LESLIE RICE MELMAN
                                      Assistant General Counsel for Litigation

                                      */s/ Burke W. Kappler*
                                      BURKE W. KAPPLER
                                      Attorney

                                      FEDERAL TRADE COMMISSION
                                      600 Pennsylvania Ave., N.W.
                                      Washington, DC 20580
                                      Tel.: (202) 326-2043
                                      Fax: (202) 326-2477
                                      Email: bkappler@ftc.gov

Dated:  September 25, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I served the foregoing Notice upon counsel for Respondents Donor Relations, LLC, and Courtesy Call, Inc., by filing it through the CM/ECF system, which provides a Notice of Electronic Filing to counsel appearing in the case.

                                                */s/ Burke W. Kappler*
                                                BURKE W. KAPPLER